**Dalmazio O. SANTINI**

v.

**John A. LYONS et al.**

**No. 80–305–M.P.**

Supreme Court of Rhode Island.

Sept. 4, 1980.

Hogan & Hogan, Thomas S. Hogan, Donald J. Packer, Providence, for petitioner.

Goldman & Biafore, Dennis H. Esposito, Providence, for respondents.

**ORDER**

The petitioner is directed to submit a memorandum in support of his petition for certiorari as required by Supreme Court Rule 13. Action on the within petition is hereby deferred pending the filing of said memorandum.

DORIS, J., did not participate.

■

**SECRETARY OF DEFENSE et al.**

v.

**Edward F. BURKE et al.**

**No. 80–90–M.P.**

Supreme Court of Rhode Island.

Sept. 4, 1980.

Paul F. Murray, U. S. Atty., Everett C. Sammartino, Asst. U.S. Atty., for petitioners.

Dennis J. Roberts II, Atty Gen., John R. McDermott, Spec. Asst. Atty. Gen., Carl Freedman, Rhode Island Legal Services, Providence, for The Coalition for Consumer Justice, respondents.

**ORDER**

The motion of the Coalition for Consumer Justice to consolidate this case with *Newport Electric Corporation v. Public Utilities Commission*, No. 80–91–M.P., and *Rhode Island Chamber of Commerce Federation v. Edward F. Burke et al.*, No. 80–88–M.P. is denied.

DORIS and MURRAY, JJ., did not participate.